STEVEN W. PITE (CA SBN 157537)
DAVID E. McALLISTER (CA SBN 185831)
ANGELA M. FONTANINI (CA SBN 259743)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for GMAC MORTGAGE, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>RONALD EUGENE BOELKENS AND JACQUETTA DEAN BOELKENS,<br><br>Debtor(s). | Case No. 6:08-bk-21426-PC<br><br>Chapter 13<br><br>CONDITIONAL NON-OPPOSITION TO DEBTORS' MOTION TO AVOID LIEN |

GMAC MORTGAGE, LLC ("Creditor") as a secured creditor of the above-captioned bankruptcy estate, hereby submits its conditional non-opposition to Ronald Eugene Boelkens and Jacquetta Dean Boelkens' ("Debtors") Motion to Avoid Lien ("Motion") based on the following:

A.   On or about August 29, 2008, Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court, Central District of California - Riverside Division and was assigned Case No. 6:08-bk-21426-PC.

B.   On or about April 17, 2006, Debtors, for valuable consideration, made, executed and delivered to Mortgage Electronic Registration Systems, Inc. Solely as Nominee for GMAC Mortgage Corporation DBA ditech.com ("Lender") a Note in the principal sum of $100,000.00 (the "Note"). Pursuant to the Note, Debtor is obligated to make monthly principal and interest payments commencing June 1, 2006, and continuing until May 1, 2031, when all outstanding

/././

- 1 -

amounts are due and payable. The Note provides that, in the event of default, the holder of the Note has the option of declaring all unpaid sums immediately due and payable.

C. On or about April 17, 2009, the Debtors made, executed and delivered to Lender a Deed of Trust (the "Deed of Trust") granting Lender a security interest in real property commonly described as 1025 West Rancho Road, Corona, California, 92882-4071 (the "Real Property"), which is more fully described in the Deed of Trust. The Deed of Trust provides that attorneys' fees and costs incurred as a result of the Debtor's bankruptcy case may be included in the outstanding balance under the Note. The Deed of Trust was recorded on May 31, 2006, in the Official Records of Riverside County, State of California. A true and correct copy of the Deed of Trust is attached hereto as exhibit A and incorporated herein by reference.

**CREDITOR DOES NOT OPPOSE DEBTORS' MOTION TO AVOID LIEN ON THE CONDITION THAT THE FOLLOWING PROVISIONS ARE INCLUDED IN THE ORDER:**

1. Creditor's claim shall be allowed as a non-priority general unsecured claim in the amount of $112,695.48. Creditor shall file an amended Proof of Claim listing its claim as unsecured to be paid in accordance with the Debtors' Plan;

2. The avoidance of Creditor's Second Deed of Trust is contingent upon the Debtors' completion of their Chapter 13 plan and the Debtors' receipt of a Chapter 13 discharge;

3. Upon receipt of the Debtors' Chapter 13 discharge and completion of their Chapter 13 Plan, an Order on this Stipulation may be recorded by the Debtors in the County Recorder's Office in which the real property is located;

4. Creditor shall retain its lien for the full amount due under the Subject Loan in the event of either the dismissal of the Debtors' Chapter 13 case or the conversion of the Debtors' Chapter 13 case to any other Chapter under the United States Bankruptcy Code;

/././/
/././/
/././/

5. In the event that the holder of the first lien on the Subject Property forecloses on its security interest and extinguishes Creditor's Second Deed of Trust prior to the Debtor's completion of their Chapter 13 Plan and receipt of a Chapter 13 discharge, Creditor's lien shall attach to the surplus proceeds of the foreclosure sale for the full amount of the Subject Loan balance at the time of the sale; and

6. Each party shall bear their own attorneys' fees and costs incurred regarding Debtors' Motion to Avoid Lien.

/s/ Angela M. Fontanini (CA SBN 259743)
ANGELA M. FONTANINI
Attorney for GMAC MORTGAGE, LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

The foregoing document described CONDITIONAL NON-OPPOSITION TO DEBTORS' MOTION TO AVOID LIEN will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 27, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

U.S. Trustee served pursuant to Local Bankruptcy Rule 2002-2(a) (2)

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On August 27, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

| | | |
|---|---|---|
| Gregory J. Doan | Ronald Eugene Boelkens | Rod (PC) Danielson |
| 25401 Cabot Rd Ste 119 | Jacquetta Dean Boelkens | 4361 Latham Street, Suite 270 |
| Laguna Hills, CA 92653 | 1025 West Rancho Road | Riverside, CA 92501 |
| Email: ecf@doanlaw.com | Corona, CA  92882 | |

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 27, 2009 | THANH TRAN | /s/ Thanh Tran |
|---|---|---|
| *Date* | *Type Name* | *Signature* |